**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00277-CV**
_____

**FOSTER TIMBER, LTD., Appellant**

**V.**

**TYLER EPSTEIN, TRUSTEE OF THE ELMWOOD REVOCABLE TRUST,**
**Appellee**

_____

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. CIV21-0338**

_____

**MEMORANDUM OPINION**

Foster Timber, Ltd., Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). The Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 25, 2023
Opinion Delivered October 26, 2023
Before Golemon, C.J., Horton and Johnson, JJ.